**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 295 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DENNIS HOLLOMAN, | : | |
| | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 296 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DENNIS HOLLOMAN, | : | |
| | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 297 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DENNIS HOLLOMAN, | : | |
| | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 298 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

DENNIS HOLLOMAN, : 

Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 299 EAL 2021

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

DENNIS HOLLOMAN, :

Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 300 EAL 2021

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

DENNIS HOLLOMAN, :

Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 301 EAL 2021

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

DENNIS HOLLOMAN, :

Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 302 EAL 2021

Respondent :

:

|  |  | : | Petition for Allowance of Appeal |
|---|---|---|---|
| v. |  | : | from the Order of the Superior Court |
|  |  | : |  |
|  |  | : |  |
| DENNIS HOLLOMAN, |  | : |  |
|  |  | : |  |
|  | Petitioner | : |  |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.